

# IN THE
# TENTH COURT OF APPEALS

### No. 10-09-00268-CR

**JAMES RILEY LEMONS,**

**Appellant**

 **v.**

**THE STATE OF TEXAS,**

**Appellee**

From the 278th District Court
Walker County, Texas
Trial Court No. 24,661

## MEMORANDUM  OPINION

James R. Lemons filed a pro se notice of appeal complaining of the trial court's denial of his motion for recusal.

In an August 25, 2009 letter, we notified Lemons that this cause was subject to dismissal for want of jurisdiction because it appeared that this Court does not have jurisdiction of his appeal of the denial of the motion for recusal. *See Abbott v. State*, 271 S.W.3d 694 (Tex. Crim. App. 2008) (standard for determining jurisdiction is not whether appeal is precluded by law, but whether appeal is authorized by law); *Everett v. State,* 91

S.W.3d 386, 386 (Tex. App.—Waco 2002, no pet.) (court has jurisdiction over criminal appeals only when expressly granted by law). We warned Lemons that we would dismiss this appeal unless, within 21 days, he showed grounds for continuing it. Lemons has not filed a response. We dismiss this appeal for want of jurisdiction.


REX D. DAVIS
Justice

Before Chief Justice Gray,
     Justice Reyna, and
     Justice Davis
Dismissed
Opinion delivered and filed October 7, 2009
Do not publish
[CR25]